# Order

**Lansing, Michigan**

May 20, 2020

Bridget M. McCormack,
Chief Justice

159768

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PHIL FORNER,
      Plaintiff-Appellant,

v

ALLENDALE CHARTER TOWNSHIP
SUPERVISOR,
      Defendant-Appellee.

SC: 159768
COA: 339072
Ottawa CC: 17-004849-AV

_____/

      On order of the Court, the application for leave to appeal the March 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

t0513